**FILED**

JAN - 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:11-SW-193-EFB |
| 725 SAN JUAN ROAD APARTMENT 309, SACRAMENTO, CALIFORNIA, 95834 | ORDER TO UNSEAL DOCUMENTS |

The Court hereby orders that the affidavit, search warrant application, search warrant, petition to seal, and sealing order in the above-referenced case shall be unsealed.

DATED: JAN 5, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge